UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. M-18-po-7687 |
| | § | |
| MARIO PEREZ-DOMINGO | § | |

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT
WITHOUT PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter and would respectfully show the Court the following:

I.

The Government respectfully requests that the Complaint in the above-numbered cause be dismissed without prejudice as to Mario Perez-Domingo for the reason that the government no longer wishes to prosecute said cause at this time.

WHEREFORE, premises considered, the Government prays that this Motion to Dismiss in all things be Granted.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

 */s/ KRISTEN J. REES*
KRISTEN J. REES
Assistant United States Attorney
Fed. Bar No. 1078250
U.S. Attorney's Office
1701 W. Bus. 83 ste. 600
McAllen, Texas 78501
(956)618-8010

## CERTIFICATE OF CONFERENCE

On July 12, 2018, counsel for the Government conferred with defense counsel who confirmed that he was unopposed to the instant motion.

*s/ Kristen J. Rees*
KRISTEN J. REES
Assistant United States Attorney

## CERTIFICATE OF SERVICE

On July 12, 2018, service will be provided to counsel of record through the CM/ECF system.

*s/ Kristen J. Rees*
KRISTEN J. REES
Assistant United States Attorney